IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA KOLLER, | : |
| Plaintiff, | : Civil Action No. 14-00201 |
| vs. | : Hon. Judge Arthur J. Schwab |
| UPMC COMMUNITY MEDICINE, INC. and CHILDREN'S COMMUNITY CARE, INC. dba CHILDREN'S COMMUNITY PEDIATRICS, and UPMC and UPMC HORIZON, | : |
| | : Electronically Filed |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff Angela Koller, by and through her undersigned counsel, Neal A. Sanders, Esquire and Defendants UPMC Community Medicine, Inc., et al, by and through its undersigned counsel, John J. Myers, Esquire and respectfully submit for filing this Joint Stipulation Of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendants be dismissed from this case with prejudice.

| LAW OFFICES OF NEAL A. SANDERS | ECKERT SEAMANS CHERIN & MELLOTT |
|---|---|
| /s/Neal A. Sanders | /s/John J. Myers |
| Neal A. Sanders, Esquire | John J. Myers, Esquire |
| PA ID NO. 54618 | PA ID NO. 23596 |
| Law Offices of Neal A. Sanders | Eckert Seamans Cherin & Mellott |
| 1924 North Main Street Ext. | 44th Floor, 600 Grant Street |
| Butler, PA 16001 | Pittsburgh, PA 15219 |
| Tele: (724) 282-7771 | Tele: (412) 566-5900 |
| Fax: (724) 285-6341 | Fax: (412) 566-6099 |
| lonas@earthlink.net | jmyers@eckertseamans.com |
| Attorney for Plaintiff | Attorney for Defendants |

Dated: October 10, 2014

So Ordered:

Dated: 10-10-14

_____
U.S. District Judge